

# Fourth Court of Appeals
## San Antonio, Texas

August 1, 2019

No. 04-19-00519-CV

**MCCOMBS ENERGY, LTD.** and McCombs Energy GP, LLC,
Appellants

v.

**F4 RESOURCES, L.P.**, F4 Resources, GP, LLC, McCombs GHI, LLC, Charles Forney, John M. Forney, Phillip Forney, William Forney Jr., William Forney III, Ricky Haikin and Larry Wyont,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-05774
Honorable Peter A. Sakai, Judge Presiding

## O R D E R

Petitioners' unopposed first motion for an extension of time to file a petition for permissive appeal is granted. We order the petition for permissive appeal, if any, due by August 15, 2019.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of August, 2019.

_Keith E. Hottle_
Keith E. Hottle,
Clerk of Court